IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-40-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| JOHN LEE BARLOW, | |
| Defendant. | |

On September 7, 2021, Defendant John Lee Barlow appeared before the Court for his initial appearance and arraignment on the Indictment filed against him. The Court advised him of his rights with respect to the charges set forth in the Indictment, and he entered a plea of not guilty.

The United States sought to detain Defendant pending his trial. Defendant requested a hearing on the issue of his release or detention, but he moved to continue his hearing. The Court granted the motion.

Therefore, IT IS HEREBY ORDERED Defendant's detention hearing is set for September 9, 2021, at 10:00 a.m. at the Russell Smith Courthouse in Missoula.

Pursuant to 18 U.S.C. § 3142(f)(2) the Defendant "shall be detained" during a continuance of a detention hearing. **THEREFORE, IT IS FURTHER ORDERED** the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 7th day of September, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

2