IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN LEE BARLOW,<br><br>Defendant. | CR 21–40–M–DWM<br><br><br>ORDER |

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 32.) The United States commenced this action pursuant to 18 U.S.C. § 924(d). A preliminary order of forfeiture was entered on December 1, 2021. (Doc. 24.) All known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1). (Doc. 25.) It therefore appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and 2, 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d). Accordingly,

IT IS ORDERED, DECREED, AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 32) is GRANTED.

2. Judgement of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11),

and 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- Glock, Model: 23, .40 caliber pistol (serial number HYT092); and
- 9 rounds of .40 caliber ammunition; and

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with the law.

Dated this 10th day of February, 2022.

_____
DONALD W. MOLLOY, District Judge
United States District Court