IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN LEE BARLOW,<br><br>Defendant. | CR 21–40–M–DWM<br><br>NOTICE |

In anticipation of the sentencing set for February 11, 2022, the Court provides notice that it is contemplating imposing an upward variance. *Cf.* Fed. R. Crim. P. 32(h). Such a variance is contemplated in light of the history and characteristics of the defendant, the need to provide specific deterrence, and the need to protect the public from further crimes. *See* 18 U.S.C. § 3553(a).

DATED this 10th day of February, 2022.

Donald W. Molloy, District Judge
United States District Court